United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 23, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41025
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

v.

FELIPE ANZALDUA,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:06-CR-4-1
--------------------

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

    Felipe Anzaldua appeals the sentence imposed following his
guilty-plea conviction of possessing with the intent to distribute
approximately 38 kilograms of marijuana.  He argues that the
district court clearly erred in denying him a minor-role adjustment
pursuant to U.S.S.G. § 3B1.2.

    The district court's finding that Anzaldua was not a minor
participant in his offense of conviction is plausible in light of
the record as a whole and, thus, is not clearly erroneous.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See United States v. Villanueva, 408 F.3d 193, 203-04 (5th Cir.),

*cert. denied*, 126 S. Ct. 268 (2005).

AFFIRMED.